IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

RICHARD BARYOGAR ROBERTS,

Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 19-13217-CMA

ORDER DISMISSING CASE

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss case (ECF No. 29). For the reasons stated by the Court at the December 12, 2019 hearing, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

ORDER DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282